AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**26-MJ-3996-LETT**

United States of America
v.
MADRIKH OBADIAH
aka CHRISTOPHER STEPHEN BROWN

*Defendant(s)*

Case No. SA-26-MJ-1381

FILED BY AR D.C.
Nov 2, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2023 to Present in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A (1), (2) | Interstate Stalking and Cyberstalking |
| | Penalties: Up tp Five Years Imprisonment, $250,000 Fine, 3 year SR, and $100 Mandatory Special Assessment, as to each count. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

KEVIN MCKENNA Digitally signed by KEVIN MCKENNA Date: 2026.10.29 16:46:26 -05'00'

*Complainant's signature*

Kevin McKenna, Special Agent, FBI

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 10/30/2026

*Judge's signature*

City and state: San Antonio, Texas

ELIZABETH S. CHESTNEY , US MAGISTRATE JUDGE

*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kevin McKenna, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2011. I am currently assigned to the San Antonio Division, Joint Terrorism Task Force (JTTF). I have conducted and participated in physical and electronic surveillance, execution of search and arrest warrants, review of electronic evidence and criminal records, and numerous victim and subject interviews. I have extensive experience investigating planned and targeted acts of violence, which include terrorism, mass shootings, school and workplace violence, and stalking. My primary duty and current assignment is to investigate hate crimes and violent domestic extremists.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that MADRIKH OBADIAH aka CHRISTOPHER STEPHEN BROWN, has committed the crime of stalking, in violation of 18 U.S.C. 2261A (1), (2).

4. Title 18, United States Code, Section 2261(A)(1)(B) makes it a crime to travel in interstate commerce with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person and in the course of, or as a result of, such travel or presence engage in conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person.

5. Title 18, United States Code, Section 2261(A)(2)(B) makes it a crime to use the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person.

**PROBABLE CAUSE**

6. The FBI received a report on September 16, 2026, from the attorney for the victim in this case (hereinafter V1). V1 alleged that MADRIKH OBADIAH also known as CHRISTOPHER STEPHEN BROWN (hereinafter OBADIAH) had repeatedly sent unsolicited letters, emails, and packages to V1 who resides in Miami, Florida.

7. The correspondence began in 2023, with letters from OBADIAH expressing his desire to marry V1.

8. In April 2026, V1 received an unsolicited package from OBADIAH containing a tactical style backpack filled with feminine hygiene products, women's underwear, and other items. An enclosed letter addressed V1 as "My darling" and referenced marriage and children. OBADIAH continued to send packages to V1 and her mother from April through August 2026. The return address on the letter was "Chabad Lubavitch Headquarters, Department of Urban Relief, Rabbi M. Obadiah, 815 N. Pine Street, San Antonio, Texas 78202, which is in the Western District of Texas.

9. Shortly after the package deliveries began, OBADIAH began sending V1 unsolicited emails on a near-daily basis, many of which were from M.OBADIAH84@GMAIL.COM. V1 received as many as 150 emails in a short period. In the emails, OBADIAH referred to V1 as his "queen" and declared that he "adores" her. Many of the emails were also addressed to V1's mother's email. V1 has never responded or engaged with OBADIAH.

10. OBADIAH also utilized email address RABBI@PEOPLESRABBI.LIFE to send unsolicited messages to V1 and V1's mother.

11. Legal returns from Google, Inc. revealed that the subscriber of M.OBADIAH@GMAIL.COM is MADRIKH OBADIAH. The secondary email on the account is RABBI@PEOPLESRABBI.LIFE and the telephone number for two step verification is 210-965-3668, which is the telephone number associated with MADRIKH OBADIAH. Legal returns further revealed that Internet Protocol (IP) address information for account usage by M.OBADIAH84@GMAIL.COM during periods of unsolicited messages to V1 resolved to the San Antonio, Texas area in the Western District of Texas.

12. On or about April 29, 2026, V1 filed a harassment report with the Miami Beach Police Department advising that she was receiving harassing phone calls and emails at her home from OBADIAH. OBADIAH continued to send V1 packages and written correspondence through the mail, including a note addressing V1 as "My Wife!" OBADIAH also sent packages to V1's mother, who resides in the same building.

13. On or about August 28, 2026, OBADIAH sent V1 via email his booking confirmation for ESA Premier Suites in Miami, Florida. The email was sent from

M.OBADIAH84@GMAIL.COM. The General Manager of ESA Management LLC confirmed to the FBI that OBADIAH was a guest at the ESA Premier Suites in Miami, arriving on August 29 and departing on August 31, 2026.

14. On or about August 29, 2026, OBADIAH forwarded V1 a confirmation email titled "Fw Your trip confirmation (SAT – MIA)" showing the details of his American Airlines itinerary from San Antonio, Texas to Miami, Florida. The email was sent from RABBI@PEOPLESRABBI.LIFE and signed MADRIKH OBADIAH.

15. On or about August 29, 2026, OBADIAH sent V1 a photograph of bags outside a residence with a red door with the email subject line "Im coming Home lil mama." OBADIAH sent this email from M.OBADIAH84@GMAIL.COM. Metadata from the photograph revealed the location as 310 Cincinnati Avenue, San Antonio, Texas 78201. The front door of 310 Cincinnati Avenue matches the door in the photograph.

16. The email also contained a photograph of an airline ticket bearing the name MADRIKH OBADIAH for American Airlines Flight 3426, departing San Antonio International Airport on August 29, 2026 for Miami, Florida. Metadata from the photograph revealed the location as San Antonio International Airport. American Airlines confirmed to the FBI that OBADIAH was a passenger on flight AA3426 in seat 22D. Additionally, the FBI reviewed surveillance video from Miami International Airport showing OBADIAH arriving in Miami.

17. OBADIAH sent additional emails to V1 from M.OBADIAH84@GMAIL.COM on August 29, 2026, to include an email with the subject line "I take you everywhere" with an attached photograph of a pocket watch with V1's photograph affixed to the inside.

18. OBADIAH sent an email from M.OBADIAH84@GMAIL.COM with the subject line "How I fly" containing a video which depicts airport gate seating in the background. OBADIAH also sent an email with the subject line "Bonjour mon reine"[1] with his photograph taken in a public restroom mirror. The photograph shows OBADIAH carrying similar bags and a sleeping mat as depicted in the previous photograph of bags outside the residence. Metadata from the photograph revealed the location as San Antonio International Airport.

19. On August 29, 2026, OBADIAH also emailed V1 and her mother from email account RABBI@PEOPLESRABBI.LIFE with the subject line "Witches: u must awaken my queen." The email was signed "MADRIKH OBADIAH Chabad Lubavich HQ DEPT of Urban Relief" and the signature portion contained an icon bearing the words "Chabad Lubavitch Headquarters Department of Urban Relief San Antonio, TX." The icon

[1] Translation from French is "Hello my queen."

featured a depiction of the Alamo in San Antonio, Texas. The email continued multiple photographic attachments of pages from a National Geographic magazine article about witchcraft. Metadata from each of the images revealed the location as San Antonio International Airport.

20. On or about August 30, 2026, OBADIAH entered the lobby of V1's apartment complex in Miami. Building staff stopped OBADIAH before he could enter the elevator and called the police. Police officers issued a trespass warning to OBADIAH.

21. After he was issued a trespass warning, OBADIAH continued to email V1. OBADIAH's emails to V1 in September 2026 contained derogatory statements such as "Why are you a slut?" and repeated "Goodbye," "Goodbye slutty [V1]," and "Goodbye [V1] with Rabbi Dalfin."

22. On or about September 8, 2026, V1 obtained a temporary restraining order against CHRISTOPHER STEPHEN BROWN, OBADIAH's given name. As of this writing, the order has not been served because OBADIAH could not be located.

23. On October 5, 2026, FBI agents interviewed V1. V1 stated that she is in fear for her life and her family's safety. V1 changed her daily activities and does not go places alone or open mail anymore. V1 also expressed concern for her multiple family members who live nearby.

24. On or about October 28 and 29, 2026, OBADIAH sent V1 several emails from M.OBADIAH84@GMAIL.COM. An email on or about October 28, 2026 with the subject line "Socks" contains a link to a YouTube channel for user @MosiachEndTimes. The video features OBADIAH addressing V1 by name and telling V1 she is a "bossy woman" and "impatient" woman. OBADIAH further tells V1 that she is "a Jew." The video features OBADIAH petting a cat on what appears to be a hotel or residential balcony. Referencing the cat, OBADIAH tells V1 "I knew I had a stalker. See [V1], look, I got a stalker too."

25. An email on October 29, 2026 had the subject line "SUV" and contained a video from OBADIAH addressing V1 by name and discussing a dream he had about V1. The video shows a parking lot and the surrounding area from what appears to be a hotel or residential outdoor balcony. Metadata from the video revealed the location to be the Homestead Studio Suites Miami Airport, 6605 NW 7th Street, Miami, Florida 33126.

26. V1 is Jewish. OBADIAH has a history of threatening behavior targeted at the Jewish community. OBADIAH was convicted in 2022 under the name CHRISTOPHER STEPHEN BROWN for making interstate threatening communications. In that case, OBADIAH admitted to making interstate phone calls under the name MADRIKH OBADIAH in which he threatened to execute several prominent rabbis.

27. Based on the foregoing, I submit there is probable cause to believe that OBADIAH has committed the crime of stalking, in violation of 18 U.S.C. 2261A(1), (2).

Respectfully submitted,

KEVIN MCKENNA Digitally signed by KEVIN MCKENNA Date: 2026.10.29 16:45:46 -05'00'

Kevin McKenna
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically on this 30 day of Oct., 2026.

Honorable Elizabeth S. Chestney
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

MADRIKH OBADIAH aka CHRISTOPHER STEPHEN BROWN
*Defendant*

Case No. SA:26-MJ-1381

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MADRIKH OBADIAH aka CHRISTOPHER STEPHEN BROWN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §2261A(1), (2) - Interstate Stalking and Cyberstalking.

Date: 10/30/2026

*Issuing officer's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

**SEALED**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | SA-26-MJ- |
| | ) | |
| MADRIKH OBADIAH | ) | |
| aka CHRISTOPHER STEPHEN BROWN | ) | |

**ORDER**

Came on this date to be considered the Government's Motion to Seal the Criminal Complaint, Supporting Affidavit, and Arrest Warrant, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement. It is hereby,

ORDERED that the Clerk of the Court seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, the Government's Motion to Seal and this Order, save for two copies of each to be issued to the Affiant.

SIGNED AND ENTERED, this 30 day of October, 2026.

ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE